957 So.2d 155 (2007)
Gilbert MAYO, et al.
v.
James P. DOHERTY, Jr., et al.
No. 2007-C-0721.
Supreme Court of Louisiana.
May 18, 2007.
In re Winford, Emmaline Mayo; Mayo, Laura; Jones, Carrie Mayo White; Mayo, Dennis; Washington, Leitha Mayo; Mayo, Gilbert et al.; Murphy, Bertha Mayo; Potts, Belinda; Mayo, Donald;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of St. Landry, 27th Judicial District Court Div. B, No. 03-C-2554-B; to the Court of Appeal, Third Circuit, No. 06-1187.
Denied.